UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND (BALTIMORE)

---

CIMON LOVESS,                                         CASE NO.  1:25-cv-00712-SAG
       Plaintiff,

vs.

TRANS UNION, LLC, et al.,
       Defendants.

---

### STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION LLC ONLY

---

Plaintiff Cimon Lovess ("Plaintiff"), and Defendant Trans Union LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause of action against Trans union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Date: March 6, 2025

Respectfully submitted,

*/s/ Scott E. Brady*
Scott E. Brady, Esq. (#30864)
Quilling, Selander, Lownds, Winslett & Moser, P.C.
10333 North Meridian Street, Suite 200
Indianapolis, IN  46290
Telephone:  (317) 497-5600, Ext. 602 & 605
Fax: (317) 899-9348
E-Mail:  sbrady@qslwm.com
E-Mail:  ifuqua@qslwm.com

*Counsel for Defendant Trans Union, LLC*

Cimon Lovess
*Pro se Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **6th day of March, 2025**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

|  |  |
|---|---|

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the 6**th day of March, 2025** properly addressed as follows:

| | |
|---|---|
| Cimon Lovess<br>2429 Golders Green Ct<br>Windsor Mill, MD 21244<br>*Pro se Plaintiff* | |

*/s/ Scott E. Brady*
Scott E. Brady, Esq. (#30864)
Quilling, Selander, Lownds, Winslett & Moser, P.C.
10333 North Meridian Street, Suite 200
Indianapolis, IN  46290
Telephone:  (317) 497-5600, Ext. 602 & 605
Fax: (317) 899-9348
E-Mail:  sbrady@qslwm.com
E-Mail:  ifuqua@qslwm.com

*Counsel for Defendant Trans Union, LLC*